**ISSUED**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR-F-05-00146 REC
JOSE MEDINA-PRADO )

## SUPERCEEDING APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum.

Name of Detainee: Jose Medina Prado
Detained at (custodian): California Correctional Center - Susanville

Detainee is:    a.)    (X) charged in this district by:
    (X) Indictment      ( ) Information      ( ) Complaint
    Charging Detainee With: 8 USC § 1326(a) & (b)(2)

or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a)    (X) return to the custody of detaining facility upon termination of proceedings
or    b)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: _____
Printed Name & Phone No: Steven M. Crass / 559-497-4000
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 7/19/2006      United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | AKA Jose Medina Prado Orosco; AKA Jose Medina; AKA Jose Guadalupe Medina Prado; AKA Jose Medina Prado; AKA Jose Mendez | Male X Female | |
| | | DOB: | 2/21/1973 |
| | | Race: | Hisp. |
| Booking or CDC#: | H-86700 | FBI #: | 383076NA7 |
| Facility Phone: | | | |
| Currently Incarcerated For: | CH&S section 11378 | | |
| Release Date: | 10/28/07 | | |

---

**RETURN OF SERVICE**

Executed on _____ by _____ _____
    (Signature)