DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE MEDINA-PRADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>JOSE MEDINA-PRADO,<br><br>    *Defendant.* | No. 1:05-cr-0146 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER THEREON<br><br>DATE:   November 28, 2006<br>TIME:   9:00 A.M.<br>JUDGE:  Hon. Oliver W. Wanger |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above entitled matter previously set for October 31, 2006, be continued to **November 28, 2006, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further preparation.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

///

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | McGREGOR W. SCOTT |
| 2 |   |   | United States Attorney |
| 3 | DATED: October 26, 2006 | By: | /s/ Steve Crass |
|   |   |   | STEVE CRASS |
| 4 |   |   | Assistant U.S. Attorney |

DATED:  October 26, 2006        By:     Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender

                                         /s/ Robert W. Rainwater
                                        ROBERT W. RAINWATER
                                        Assistant Federal Defender

**ORDER**

IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:     October 26, 2006            /s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE

Medina-Prado - Stip. to Continue Status Conference
Hearing and Proposed Order                         2