ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  (559) 237-6000

Attorney for Defendant, JOSE MEDINA PRADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: CRF 05-00146 LJO |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO CONTINUE CONTINUE STATUS CONFERENCE** |
| JOSE MEDINA PRADO, ) | |
| Defendant. ) | |
| _____) | |

The parties hereto, by and through their respective attorneys, and with the specific agreement of defendant Jose Medina Prado, stipulate and agree that the status conference/motions hearing calendared for July 13, 2007 be continued until August 24, 2007 at 9:00 a.m.

The defense has provided to the government information, and references to documents received in discovery, which the defendant strongly believes are exculpatory.  The government has agreed to investigate, in good faith, to determine the accuracy of the information provided by Mr. Medina Prado. Specifically, the government has agreed to attempt to locate immigration records of Mr. Medina Prado to determine the accuracy of his assertion that he believed that he lawfully entered the United States and that he detrimentally relied upon statements made to him by an employee of the Department of Homeland Security.

Mr. Medina Prado, who is currently serving a four year sentence from Kern

1

1  County and does not expect to be released until October of 2007, specifically
2  agrees that time be excluded under the speedy trial act and also that any delay
3  resulting from this continuance shall be excluded in the interest of justice pursuant
4  to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

5  Further, Mr. Medina Prado adamantly believes that it is in his best interest
6  to have the government investigate this matter at this time without setting the
7  case for trial. The length of the continuance is based on the prosecutor's
8  experience obtaining similar type records in other actions.

10 DATED: July 12, 2007
   _____
   SHERRILL CARVALHO
11 Assistant United States Attorney
   **This was agreed to by Ms. Carvalho
12 via telephone on July 12, 2007**

14 DATED: July 12, 2007         _____/s/_____
   ROGER K. LITMAN
15 Attorney for Defendant
   JOSE MEDINA PRADO

17 THE COURT HAS RECEIVED AND REVIEWED THE STIPULATION AND FINDS GOOD CAUSE
   TO EXCLUDE TIME AND CONTINUE THE STATUS CONFERENCE TO AUGUST 24, 2007 AT
18 9 A.M.

19 IT IS SO ORDERED.

20 **Dated:   July 12, 2007**           /s/ **Lawrence J. O'Neill**
   UNITED STATES DISTRICT JUDGE