1  ROGER K. LITMAN, 57634
   Attorney at Law
2  Civic Center Square
   2300 Tulare Street, Suite 230
3  Fresno, California  93721
   Telephone:  (559) 237-6000
4
   Attorney for Defendant, JOSE MEDINA PRADO
5

6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9

10 UNITED STATES OF AMERICA,        )    CASE NO: CRF 05-00146 LJO
                                    )
11         Plaintiff,                )
                                    )    **STIPULATION AND
12     v.                            )    PROPOSED ORDER TO CONTINUE
                                    )    CONTINUE STATUS CONFERENCE**
13 JOSE MEDINA PRADO,               )
                                    )
14         Defendant.                )
   _____)
15
         The parties hereto, by and through their respective attorneys, and with the
16
   specific agreement of defendant Jose Medina Prado, stipulate and agree that the
17
   status conference/motions hearing calendared for August 24, 2007 be continued
18
   until September 14, 2007 at 9:00 a.m.
19
         On July 12, 2007 the parties submitted a stipulation due to the need to
20
   obtain documents from immigration authorities which Mr. Prado believes will
21
   exonerate him.  In the interim, the government has been gathering the record
22
   needed by the parties to evaluate the case.
23
         Counsel for the parties have communicated on multiple occasions regarding
24
   the government's ongoing effort to obtain the information needed by the defense.
25
   For example, counsel for the government has obtained recordings of immigration
26
   proceedings.  Mr. Prado believes these recordings will exonerate him because they
27
   will show that the immigration judge never advised him that he was permanently
28

                                        1

deported, that he could not return to the United States with documentation which had been issued by the government or that he was banned from ever setting foot in the United States.  The recordings are made by the immigration court on a proprietary system.  Counsel for the government is in the process of having the recordings converted to a format which can be accessed by the government and defense counsel.  Also, the government is awaiting records of entries made by Mr. Prado through border ports of entry.

Ms. Carvalho is on vacation and will not return until August 27, 2007. Counsel for Mr. Prado is in an ongoing hearing in Kings County Superior Court, which is continuing the morning of August 24, 2007.  Counsel for Mr. Prado is scheduled to commence a jury trial in Kings County Superior Court on August 27, 2007 and, in addition to the ongoing evidentiary hearing, will be involved in final trial preparations with the court and the prosecutor.

Counsel for Mr. Prado met with him at the Fresno County Detention Facility on August 23, 2007.  Mr. Prado was agreeable to an additional continuance of the status conference to September 14, 2007 as he believes that these records will result in dismissal of the charges against him.  Mr. Prado is still serving a state prison sentence imposed by the Kern County Superior Court; he is not scheduled for release until some time in October of 2007.

In light of the foregoing, the parties agree to continue the status conference currently calendared for August 24, 2007 to September 14, 2007 at 9:00 a.m. before this court.

Mr. Medina Prado agrees that time be excluded under the speedy trial act and also that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

///
///

| | |
|---|---|
| DATED: August 23, 2007 | /s/ Sherrill Carvalho<br>SHERRILL CARVALHO<br>Assistant United States Attorney<br>**This was agreed to by Ms. Carvalho via telephone on August 17, 2007** |
| DATED: August 23, 2007 | /s/ Roger K. Litman<br>ROGER K. LITMAN<br>Attorney for Defendant<br>JOSE MEDINA PRADO |

SO ORDERED:

DATED: August 23, 2007      **/s/ LAWRENCE J. O'NEILL**
U.S. DISTRICT COURT JUDGE