ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  (559) 237-6000

Attorney for Defendant, JOSE MEDINA PRADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CRF 05-00146 LJO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE TRIAL CONFIRMATION** |
| JOSE MEDINA PRADO, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, and with the specific approval of Mr. Medina Prado, hereby agree to continue the trial confirmation currently calendared for January 4, 2008 until February 1, 2008 at 8:45 a.m. in order to afford the defense sufficient time to complete the investigation authorized by the court on December 21, 2007.

In addition, the parties agree that the motions in limine currently due to be filed on January 4, 2008 be deferred until a future briefing schedule is set.

The parties anticipate that, if the matter cannot be resolved by February 1, 2008, the parties will, in all likelihood, agree to continue the jury trial currently calendared for February 12, 2008 to a future date.  Mr. Medina Prado will be present at the continued trial confirmation to waive time under the Speedy Trial Act, in the event it is necessary to continue the trial date.

1

1  Mr. Medina Prado agrees that time be excluded under the speedy trial act
2 and also that any delay resulting from this continuance shall be excluded in the
3 interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and
4 3161(h)(8)(B)(I) and (IV).

DATED: January 2, 2008        /s/ Ian Garriques
                              IAN GARRIQUES
                              Assistant United States Attorney
                              **This was agreed to by Mr. Garriques via telephone on January 2, 2008**

DATED: January 2, 2008        /s/ Roger K. Litman
                              ROGER K. LITMAN
                              Attorney for Defendant
                              JOSE MEDINA PRADO

THE COURT IS UNABLE TO ACCOMMODATE THE REQUEST.  THE MOTIONS WILL BE HEARD ON FEBRUARY 7TH AT 8:45 A.M. (THURSDAY).

THE TRIAL CONFIRMATION WILL TAKE PLACE ON FRIDAY, JANUARY 18, 2008 AT 8:45 A.M..

THE COURT IS NOT INCLINED TO MOVE THE TRIAL DATE OF FEBRUARY 12, 2008, WITH OR WITHOUT A STIPULATION.

IT IS SO ORDERED.

**Dated:   January 2, 2008**           **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE